# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DAWN KRAFT-MORRIS, | § | |
| | § | No. 399, 2015 |
| Respondent Below, | § | |
| Appellant, | § | Court Below - Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File Nos. 14-06-03TS |
| DIVISION OF FAMILY | § | 14-06-04TS |
| SERVICES, et al., | § | |
| | § | Petition Nos. 14-17029 |
| Petitioner Below, | § | 14-17041 |
| Appellee. | § | |

Submitted: March 9, 2016
Decided: March 22, 2016

Before **STRINE**, Chief Justice, **VALIHURA** and **VAUGHN**, Justices.

## O R D E R

This 22nd day of March 2016, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Family Court should be affirmed on the basis of and for the reasons assigned by the Family Court in its order dated July 22, 2015.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Family Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

_____
Justice